```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
         MATTHEW FLAMM ESQ
         ATTN:
U.S.SOUTHERN DIST. COURT         NEW YORK COUNTY
-----------------------------------------------------
                                          Index No. 07 CIV 9539
MATTHEW BRADLEY                plaintiff
                                          Date Filed  ...........
         - against -
                                          Office No.
ESPERANZ ZAMORA, ETANO         defendant
                                          Court Date:   / /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:
LUIS AGOSTINI     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
7th day of November, 2007  04:05 PM        at
     %43RD PRECICNT, 900 FTELEY AVE
     BRONX, NY 10472
I served the   SUMMONS AND COMPLAINT
upon MICHAEL DEPITRI EMPLOYEES OF THE NEW YORK CITY POLICE DEPARTMENT
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    P.O. "JANE" KARSNEY, BADGE#30364 CO-WORKER WHO REFUSED FIRST
NAME a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: WHITE    HAIR: BLONDE    AGE: 40  HEIGHT: 5:5    WEIGHT: 120
OTHER IDENTIFYING FEATURES:
On 11/14/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
14th  day of  November,      2007e            ..............................
                                              LUIS AGOSTINI  1027732
KENNETH WISSNER                               AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York              225 BROADWAY, SUITE 1802
   No.01WI4714130                             NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                  Reference No: 3MF490892
Commission Expires 03/30/2010
```