UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MATTHEW BRADLEY,

        Plaintiff,

-against-

ESPERANZ ZAMORA and MICHAEL
DEPITRI, employees of the New York
City Police Department,

        Defendants.

------------------------------------------------------------x

ORDER
07 CV 9539 (SAS)(THK)



SCHEINDLIN, U.S.D.J.

    WHEREAS, plaintiff served non-party Jacobi Medical Center on December 18, 2007 with a subpoena (the "Subpoena") seeking a January 10, 2008 deposition and production of medical records regarding plaintiff, and

    WHEREAS, Jacobi Medical Center did not object, move to quash or comply with the Subpoena; now, therefore

    **IT IS ORDERED** that non-party Jacobi Medical Center shall comply with the Subpoena by producing for deposition upon oral examination at plaintiff's counsel's offices on or before February 15, 2008 the custodian of records or other person competent to testify to the custody, possession and control of the documents relating to Jacobi Medical Center's treatment on June 23-25, 2005 of Matthew Bradley, including, without limitation, the MRIs, CTs or X-Rays taken in connection with his treatment, and,

    **IT IS FURTHER ORDERED** that non-party Jacobi Medical Center shall comply with the Subpoena by producing for inspection and copying at the deposition the documents relating to Jacobi Medical Center's treatment on June 23-25, 2005 of Matthew Bradley, including, without limitation, the MRIs, CTs or X-

Rays taken in connection with his treatment. Deponent may produce a legible certified copy rather than original documents and films.

Dated: New York, New York
       January __, 2008

SO ORDERED:

_____
U.S.D.J.