```
Form 02 - SUITABLE AGE                    AETNA  CENTRAL  JUDICIAL  SERVICES
       MATTHEW FLAMM ESQ
       ATTN:
U.S. SOUTHERN DIST. COURT          NEW YORK  COUNTY
------------------------------------------------------
                                                  Index No. 07-CIV-9539
MATTHEW BRADLEY                       plaintiff
                                                  Date Filed  ............
           - against -
                                                  Office No.
ESPERANZ ZAMORA ETANO                 defendant
                                                  Court Date:    /  /
------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
LUIS AGOSTINI      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
5th day of February, 2008  11:18 AM           at
    %TRANSIT DISTRICT 11, 161ST STREET STATION &
    RIVER AVENUE, BRONX, NY 10472
I served the   SUMMONS AND COMPLAINT
upon ESPERANZA ZAMORA BARRY S/H/A ESPERANZ ZAMORA
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    SGT. RODRIGUEZ BD# 808, CO-WORKER WHO REFUSED TRUE FIRST
NAME a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: TAN      HAIR: BLACK      AGE: 39  HEIGHT: 5:10  WEIGHT: 200
OTHER IDENTIFYING FEATURES:
On 02/07/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
7th  day of  February,           2008k               .................(signed).................
                                                     LUIS AGOSTINI  1027732
JOEL GOLUB  (signed)                                 AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York                     225 BROADWAY, SUITE 1802
   No.01G04751136                                    NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                           Reference No: 9MF4109098
Commission Expires 12/31/2009
```