UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                  :

MATTHEW BRADLEY,

                                                  :          **ORDER OF**

              **Plaintiff,**                **DISCONTINUANCE**

                                                  :

        -against-                  07 Civ. 9539 (SAS)

                                                  :

ESPERANZ ZAMORA, *et al.*,

                                                  :

              **Defendants.**
------------------------------------------------------X
SHIRA A. SCHEINDLIN, U.S.D.J.:

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                                                SO ORDERED:

                                                                Shira A. Scheindlin
                                                               U.S.D.J.

Dated:      New York, New York
              April 30, 2008

## - Appearances -

**For Plaintiff:**

Matthew S. Flamm, Esq.
Law Offices of Matthew Flamm
26 Court Street, Suite 600
Brooklyn, NY 11242
(718) 797-3117

**For Defendants:**

Brian G. Maxey, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-0987